IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In the Bankruptcy Matter of:

Richard K. Siple,

Debtor.

Bankruptcy No. 10-12225
Judge Susan Pierson Sonderby
Chapter: 13

## STATEMENT OF OUTSTANDING OBLIGATIONS

NOTICE IS HEREBY GIVEN, that Household Finance Corporation III agrees with the May 1, 2012, Notice of Payment of Final Mortgage Cure served upon Household Finance Corporation III, by the Trustee. In response, Household Finance Corporation III, hereby states the following:

1. Household Finance Corporation III hereby considers any default listed in claim 1-1 to be fully paid and cured.
2. Household Finance Corporation III declares that at this time the Debtor is current on post petition payments.

/s/ Andrew E. Houha
Andrew E. Houha, ARDC #6216265
Attorney for Household Finance Corporation III

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE